Emma J. McMahan, appellant, v. Robert C. Daugherty, trading as Yellow Cab Company, appellee. Gen. No. 9,078.

Opinion filed April 24, 1939.
Rearick & Rearick, for appellant. Steely, Steely, Graham & Dysert and H. J. Hasch, for appellee; Walter V. Dysert, of counsel.
Per Curiam.

## Fourth District.

Archie W. Holemon, appellee, v. Royal Neighbors of America, appellant.

Opinion filed March 13, 1939. Rehearing denied July 1, 1939.
Thos. Williamson, for appellant; Warnock, Williamson & Burroughs, Kramer, Campbell, Costello & Weichert and N. J. Gundlach, of counsel. Frank C. Smith, for appellee.
Mr. Justice Stone delivered the opinion of the court.